UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA VARGAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EVERGREEN PROFESSIONAL RECOVERIES INC., *et al.*,<br><br>　　　　　Defendants. | CASE NO. C21-00926RSL-JRC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

THIS MATTER comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, Chief United States Magistrate Judge. Dkt. # 23. No objections have been filed. The Court, having reviewed the underlying motion, response, and reply, hereby ADOPTS the Report and Recommendation. Kaiser Foundation Health Plan of Washington's motion for summary judgment (Dkt. # 14) is DENIED.

Dated this 1st day of March, 2022.

　　　　　　　　　　　　　　　　*Robert S. Lasnik* (signature)
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT
AND RECOMMENDATION - 1