UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREA VARGAS,

              Plaintiff,

   v.

EVERGREEN PROFESSIONAL
RECOVERIES INC., *et al.*,

              Defendants.

CASE NO. 2:21-cv-00926-RSL-JRC

ORDER RENOTING MOTIONS

This matter is before the Court *sua sponte*.

Plaintiff has moved for partial summary judgment against each defendant. Dkts. 34, 35. Defendant Kaiser has since moved for partial summary judgment. Dkt. 39. In the interest of judicial efficiency, the Court will consider these motions concurrently. The Clerk is therefore directed to renote Docket Numbers 34 and 35 to May 27, 2022. However, the briefing schedule for each motion remains unchanged. The deadlines for the responsive and reply briefs regarding

///

1  these motions are based on Local Civil Rule 7, as applied to the original noting dates.

2  Dated this 12th day of May, 2022.

J. Richard Creatura
Chief United States Magistrate Judge