UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREA VARGAS,

    Plaintiff,

v.

EVERGREEN PROFESSIONAL RECOVERIES INC., *et al.*,

    Defendants.

CASE NO. 2:21-cv-00926-RSL-JRC

ORDER STRIKING SUMMARY JUDGMENT MOTIONS AND SETTING BRIEFING SCHEDULE

This matter is before the Court on partial summary judgment motions filed by plaintiff (Dkts. 34, 35) and defendant Kaiser Foundation Health Plan of Washington (Dkt. 39) and on a summary judgment motion filed by defendant Evergreen Professional Recoveries, Inc.  Dkt. 47. The discovery cutoff in this matter was May 30, 2022, and the deadline for filing dispositive motions is June 28, 2022.  Dkt. 18.

Pursuant to Local Civil Rule 7(e)(3) and the Court's discretion to manage its docket in an efficient manner, the Court strikes the pending summary judgment motions with leave to refile in accordance with the following briefing schedule.  *See* Dkts. 34, 35, 39, 47.

Plaintiff shall file **one** summary judgment motion not to exceed **24 pages** on or before **July 21, 2022**, and noted for the Court's consideration **September 9, 2022**. Defendants may **each** file a cross-summary judgment motion and response to plaintiff's summary judgment motion, not to exceed **24 pages**, on or before **August 11, 2022**. Plaintiff may file a consolidated opposition and reply in support of its summary judgment motion, not to exceed **24 pages**, on or before **September 1, 2022**. Defendants may each file a reply brief in support of their cross-summary judgment motions, not to exceed **12 pages**, on or before **September 9, 2022**.

A party may not file contemporaneous dispositive motions directed toward a discrete claim or issue. *See* LCR 7(e)(3) ("Absent leave of the court, a party must not file contemporaneous dispositive motions, each one directed toward a discrete issue or claim."). The parties shall incorporate all of their undecided arguments related to summary judgment in the briefing outlined above. The Clerk shall update the docket to reflect that the summary judgment motions (Dkts. 34, 35, 39, 47) are stricken without prejudice and with leave to refile in accordance with the briefing schedule set forth by this Order.

Dated this 21st day of June, 2022.

J. Richard Creatura
Chief United States Magistrate Judge