The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA VARGAS, | ) |
| | ) |
| Plaintiff, | ) NO. 2:21−cv−00926-RSL |
| | ) |
| vs. | ) |
| | ) **STIPULATION AND** |
| EVERGREEN PROFESSIONAL | ) **ORDER OF DISMISSAL WITH** |
| RECOVERIES, INC. and KAISER | ) **PREJUDICE** |
| FOUNDATION HEALTH PLAN OF | ) |
| WASHINGTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION

Plaintiff Andrea Vargas and Defendant Evergreen Professional Recoveries, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims as to Evergreen Professional Recoveries, Inc. herein shall be dismissed with prejudice and without an award of fees or costs to any party. Nothing in this stipulation shall be construed as affecting Plaintiff's right to appeal the Court's order dismissing Plaintiff's claims against Defendant Kaiser Foundation Health Plan of Washington (Dkt#'s 61 and 66).

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (2:21-cv-00926-RSL) — 1

DATED June 15, 2023.

| | |
|---|---|
| **KETTER SHEPPARD & JACKSON, LLP**<br>Attorneys for Defendant<br>Evergreen Professional Recoveries, Inc. | **ANDERSON SANTIAGO, PLLC**<br>Attorneys for Plaintiff |
| By /s/ *Andrew Shafer*<br>Andrew Shafer, WSBA #9405 | By /s/ *T. Tyler Santiago*<br>T. Tyler Santiago, WSBA #46004 |

### ORDER

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that all claims as to Defendant Evergreen Professional Recoveries, Inc. herein are dismissed with prejudice and without an award of fees or costs to any party. This order does not affect Plaintiff's claims against Defendant Kaiser Foundation Health Plan of Washington or Plaintiff's appeal as to those claims.

IT IS SO ORDERED.

DATED this  16th  day of    June   , 2023.

_____
Robert S. Lasnik
United States District Court Judge

Jointly presented by:

ANDERSON SANTIAGO, PLLC
Attorneys for Plaintiff

By /s/ *T. Tyler Santiago*
T. Tyler Santiago, WSBA #46004
207B Sunset Blvd. N
Renton, Washington 98057

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (2:21-cv-00926-RSL) — 2

| | |
|---|---|
| 1 | KETTER SHEPPARD & JACKSON, LLP |
| 2 | Attorneys for Defendant Evergreen Professional |
| 3 | Recoveries, Inc. |
| 4 | By *s/ Andrew D. Shafer*<br>Andrew D. Shafer, WSBA #9405 |
| 5 | Attorney for Defendant ICS<br>50 – 116th SE, Suite 201 |
| 6 | Bellevue, WA 98004 |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (2:21-cv-00926-RSL) — 3